Battle, - J.
 

 We are unable to perceive any .ground upon which the demurrer in this case can be sustained. The bill alleges debts due the plaintiff, that they have been reduced to judgments, that executions of
 
 fi. fa.
 
 issued upon them have been returned,
 
 “
 
 no goods and chattels, lands or tenements, tobe found,” and that the defendant, P. H. Ben-nick, is insolvent, except as to the distributive share now in the hands of the defendant, Stamey. These allegations are admitted hy-the demurrer, and according to the eases of
 
 Hough v. Gress,
 
 4 Jones Eq., 295, and
 
 Tabb
 
 v.
 
 Williams, Ibid,
 
 352, they show that the plaintiff should have the relief which he .-seeks.
 

 
 *46
 
 The demurrer must be overruled and the cause remanded, to the end that the defendants may answer the bill.
 

 Per Curiam.
 

 Demurrer overruled.